# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>the premises located at 1401 S Street, NW, Apt. 214<br>Washington, D.C. 20009 | )<br>)<br>) Case No.<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*: the premises located at 1401 S Street, NW, Apt 214, Washington, D.C. 20009. A description of the target location is contained in the affidavit and is incorporated by reference.

located in the _____ District of Columbia, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment A incorporated herein and included as part of the Affidavit in Support of this Application for a Search Warrant. Any paging devices or cellular telephones are to be seized only. Prior to searching such devices, a search wararnt for that device will be obtained.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 843(b) and 846 | Distribution and possession with intent to distribute controlled substances; use of communications facilities to facilitate commission of controlled substance offenses conspiracy to distribute/possess with intent to distribute controlled substances; |

The application is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jonathon Price, SA, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/21/2014

*Judge's signature*

City and state: Washington, D.C.    Deborah A. Robinson, United States Magistrate Judge
*Printed name and title*